UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD R. DUMBRIQUE,<br><br>    Plaintiff,<br><br>    v.<br><br>BRUNNER, et al.,<br><br>    Defendants. | Case No. 14-cv-02598-HSG (PR)<br><br>**ORDER GRANTING DEFENDANTS' SECOND REQUEST FOR EXTENSION OF TIME TO FILE DISPOSITIVE MOTION**<br><br>Re: Dkt. No. 16 |

Good cause appearing, defendants' second request for an extension of time to file a dispositive motion is hereby GRANTED. The deadline for defendants to file a dispositive motion is CONTINUED to **June 19, 2015**. Plaintiff shall file any opposition to defendants' motion within **twenty-eight (28)** days of the date the motion is filed. Defendants shall file a reply within **fourteen (14)** days of the date the opposition is filed.

This order terminates Docket No. 16.

**IT IS SO ORDERED.**

Dated: 4/16/2015

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge