UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD R. DUMBRIQUE,<br><br>        Plaintiff,<br><br>   v.<br><br>BRUNNER, et al.,<br><br>        Defendants. | Case No.  14-cv-02598-HSG (PR)<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME**<br><br>Re: Dkt. No. 35 |

Good cause appearing, plaintiff's motion for extensions of time to oppose: (1) defendants' motion to dismiss and for summary judgment; and (2) defendants' motion to stay discovery is GRANTED.  The aforementioned oppositions shall be filed by no later than **thirty (30)** days from the date of this order.  Defendants shall file their replies no later than **fourteen (14)** days after the date of service of the oppositions.

This order terminates Docket No. 35.

**IT IS SO ORDERED.**

Dated: July 15, 2015

HAYWOOD S. GILLIAM, JR.
United States District Judge