UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD R. DUMBRIQUE,<br><br>    Plaintiff,<br><br>  v.<br><br>BRUNNER, et al.,<br><br>    Defendants. | Case No. 14-cv-02598-HSG (PR)<br><br>**ORDER GRANTING PLAINTIFF'S SECOND MOTION FOR EXTENSION OF TIME**<br><br>Re: Dkt. No. 37 |

Good cause appearing, plaintiff's second motion for extensions of time to oppose: (1) defendants' motion to dismiss and for summary judgment; and (2) defendants' motion to stay discovery is GRANTED. The aforementioned oppositions shall be filed on or before **September 16, 2015**. Defendants shall file their replies no later than **fourteen (14)** days after the date of service of the oppositions.

This order terminates Docket No. 37.

**IT IS SO ORDERED.**

Dated: 9/2/2015

HAYWOOD S. GILLIAM, JR.
United States District Judge