UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD R. DUMBRIQUE,<br><br>    Plaintiff,<br><br>    v.<br><br>BRUNNER, et al.,<br><br>    Defendants. | Case No. 14-cv-02598-HSG (PR)<br><br>**ORDER GRANTING DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE REPLY**<br><br>Re: Dkt. No. 40 |

GOOD CAUSE APPEARING, defendants' motion for an extension of time to file a reply to plaintiff's opposition to defendants' motion to dismiss and for summary judgment is GRANTED.  Defendants shall file their reply by **October 30, 2015**.

This order terminates Docket No. 40.

**IT IS SO ORDERED.**

Dated:   September 21, 2015

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EDWARD R. DUMBRIQUE,

    Plaintiff,

v.

BRUNNER, et al.,

    Defendants.

Case No.  14-cv-02598-HSG

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 21, 2015, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Edward R. Dumbrique ID: P27237  
Centinela State Prison  
P O Box 921  
Imperial, CA 92251

Dated: September 21, 2015

Susan Y. Soong  
Clerk, United States District Court

By:_____  
Nikki D. Riley, Deputy Clerk to the  
Honorable HAYWOOD S. GILLIAM, JR.

2