UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EDWARD R. DUMBRIQUE,

    Plaintiff,

v.

BRUNNER, et al.,

    Defendants.

Case No. 14-cv-02598-HSG (PR)

**ORDER GRANTING STAY OF DISCOVERY**

Re: Dkt. No. 32

    Defendants' motion for a stay of discovery is GRANTED. Defendants have filed a motion to dismiss and for summary judgment asserting the defense of qualified immunity and it is well-established that a stay of discovery should be granted until the threshold question of qualified immunity is settled. *See Crawford-El v. Britton*, 523 U.S. 574, 598 (1998).

    This order terminates Docket No. 32.

    **IT IS SO ORDERED.**

Dated: 10/1/2015

HAYWOOD S. GILLIAM, JR.
United States District Judge