1  KAMALA D. HARRIS
   Attorney General of California
2  JAY M. GOLDMAN
   Supervising Deputy Attorney General
3  BRYAN KAO
   Deputy Attorney General
4  State Bar No. 240242
     455 Golden Gate Avenue, Suite 11000
5    San Francisco, CA  94102-7004
     Telephone:  (415) 703-5564
6    Fax:  (415) 703-5843
     E-mail:  Bryan.Kao@doj.ca.gov
7  *Attorneys for Defendants*
   *R. Brunner and T. Drager*
8
   Edward R. Dumbrique
9  CDCR No. P27237
   Centinela State Prison
10 P.O. Box 921
   Imperial, CA  92251-0731
11
   *Plaintiff in Pro Se*
12

13               IN THE UNITED STATES DISTRICT COURT

14            FOR THE NORTHERN DISTRICT OF CALIFORNIA

15                      SAN FRANCISCO DIVISION

16

17  | | |
18  | **EDWARD R. DUMBRIQUE,** | C 14-2598 HSG (PR) |
19  | Plaintiff, | **STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE** |
20  | v. | **(Fed. R. Civ. P. 41(a)(1)(A)(ii))** |
21  | **BRUNNER, et al.,** | |
22  | Defendants. | |

23

24    Plaintiff Edward Dumbrique and Defendants T. Drager and R. Brunner have resolved this

25  case in its entirety.  In accordance with their settlement agreement and Federal Rule of Civil

26  Procedure 41(a)(1)(A)(ii), the parties stipulate to a dismissal of this action with prejudice.  The

27  filing of this stipulation automatically terminates this action.

28    / / /

                                              1

Each party shall bear their own costs in connection with this action.

It is so stipulated.

Dated: 6-30-16  /s/ *Edward R. Dumbrique*
Edward Dumbrique (P-27237)
*Plaintiff in Pro Se*

Dated: 6-30-16  /s/ *Bryan Kao*
Bryan Kao
Deputy Attorney General
California Attorney General's Office
*Attorneys for Defendants*
*T. Drager and R. Brunner*

**IT IS SO ORDERED:**

Dated: July 1, 2016

The Hon. Haywood S. Gilliam, Jr.
United States District Judge

SF2014410687
20870328.doc